IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-DSC


| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JORGE SOSA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for an evidentiary hearing on whether appellate counsel has a conflict of interest, and if so, whether the defendant knowingly and voluntarily waived it. (Doc. No. 1173: Order).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Jorge Sosa (Reg. No. 30145-058) present in Charlotte, North Carolina forthwith, but not later than February 16, 2018, at 10 a.m. for an evidentiary hearing.

The Clerk is directed to certify copies of this Order to the defendant; appellate counsel for the defendant, W. Rob Heroy; the United States Attorney; and the United States Marshals Service.

Signed: January 5, 2018

Robert J. Conrad, Jr.
United States District Judge