IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JORGE SOSA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for an evidentiary hearing on whether appellate counsel has a conflict of interest, and if so, whether the defendant knowingly and voluntarily waived it. (Doc. No. 1173: Order).

For the reasons stated at the evidentiary hearing on February 16, 2018, the Court finds that appellate counsel has no conflict of interest in representing the defendant; that any potential conflict is waivable; and that the defendant knowingly and voluntarily waived any potential conflict of interest.

The Clerk is directed to certify copies of this Order to the defendant; appellate counsel for the defendant, W. Rob Heroy; the United States Attorney; and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: February 23, 2018

Robert J. Conrad, Jr.
United States District Judge