IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JORGE SOSA (29) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's motion for a copy of a sealed document in his criminal case. (Doc. No. 1337).

The defendant's conviction was affirmed on appeal, (Doc. No. 1193: Opinion), as were the dismissals of two motions to vacate pursuant to 28 U.S.C. § 2255, (Case No. 3:20-cv-163, Doc. No. 13: Opinion; Case No. 3:22-cv-559, Doc. No. 9: Opinion). The defendant has not indicated any issue for which he believes the requested document is necessary. Additionally, the requested document does not pertain to any pending suit or appeal. Thus, he is not entitled to relief. <u>United States v. Glass</u>, 317 F.2d 200, 202 (4th Cir. 1963) (a prisoner is not entitled to free documents without a showing of need).

**IT IS, THEREFORE, ORDERED** that defendant's motion, (Doc. No. 1337), is **DENIED**.

Signed: June 26, 2023

Robert J. Conrad, Jr.
United States District Judge